IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

CIVIL ACTION NO. 1:07MC13

THOMAS F. WILSHIRE III,
Defendant,

and

WIRT COUNTY HEALTH SERVICES,
also doing business as RIVER VALLEY
HEALTH & WELLNESS CENTER,
Garnishee.

## ORDER OF GARNISHMENT

The plaintiff has filed a Motion for Order of Continuing Garnishment requiring the Garnishee, Wirt County Health Services, also doing business as River Valley Health & Wellness Center, to pay to the plaintiff the sum of $1,335.68, the amount it has withheld from the defendant's earnings from the date it was served with the Writ of Garnishment up through December 14, 2007, the date the defendant separated from employment with the Garnishee on December 14, 2007. Upon consideration of the plaintiff's Motion and the record, the Court finds that the Motion is in compliance with the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205. Accordingly, it is hereby:

ORDERED that the Garnishee, Wirt County Health Services, also doing business as River Valley Health & Wellness Center, shall immediately pay to the U. S. Department of Justice, P. O. Box 190, Elkins, WV 26241, the sum of $1,335.68, and that upon payment thereof, it is absolved of any further liability with respect to the Writ of Garnishment. It is also:

ORDERED that the United States serve copies of this Order upon the Garnishee and the defendant, at the defendant's last known address.

ENTER: _January 11, 2008_.

_____
United States District Judge